UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Civil No. 3:00CV002107 (AVC) |
| VS. | : |
| EROLL V. SKYERS, | : |
| Defendant. | : February 26, 2004 |

GOVERNMENT'S APPLICATION
FOR AN ORDER TO SHOW CAUSE
WHY DEFENDANT SHOULD NOT BE
HELD IN CIVIL CONTEMPT

The United States of America seeks an Order requiring defendant, Eroll V. Skyers, to show cause why he should not be held in civil contempt of this Court's September 29, 2003 Order for Installment Payments. In support of this Application, the United States represents the following:

1.   On September 29, 2003, this Court entered its Order for Installment Payments, ordering the defendant to immediately commence regular monthly payments in the amount of $600.00 per month, due on the last Friday of each and every month toward satisfaction of his civil debt.

2.   The defendant, Eroll V. Skyers, was present in Court when the Order for Installment Payments was issued. The Government also mailed a copy of the Order, via certified mail to Eroll V. Skyers on October 6, 2003.

3. Eroll V. Skyers violated this Court's Order for Installment Payments by failing to make a payment on October 31, 2003.

4. Eroll V. Skyers did make a $600.00 payment on November 4, 2003; and a second $600.00 payment on December 10, 2003.

5. Since December 10, 2003, Eroll V. Skyers has failed to make any payment toward satisfaction of his civil debt in violation of this Court's Order for Installment Payments.

WHEREFORE, the United States respectfully requests that this Court do the following:

1. Issue an order to show cause requiring Eroll V. Skyers to appear promptly before this Court and to show cause why he should not be adjudged in civil contempt for failing to comply with the Court's September 29, 2003 Order for Installment Payments;

2. If Eroll V. Skyers is unable to show cause why he should not be adjudged in civil contempt, or fails to appear, issue an order of civil contempt and:

a. Provide the defendant with an opportunity to purge himself of contempt by making a lump sum payment of $1,200.00, representing monthly payments for December 26, 2003, January 30, 2004, February 27, 2004 and March 26, 2004;

b. Impose a coercive order against the defendant providing that, if he again fails to comply with any provision of the Court's Order for Installment Payments, he will be remanded to the custody of the United States Bureau of Prisons until he complies with this Court's Order; and

c. Grant such other and further relief as the Court deems just and proper.

This Application is supported by an accompanying Memorandum of Law.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

CHRISTINE SCIARRINO
ASSISTANT U.S. ATTORNEY
Federal Bar No. CT3393
P.O. Box 1824
New Haven, CT 06510
Tel.: (203) 821-3780

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 26th day of February, 2004 to:

Eroll V. Skyers
One Crozier Court
Oxford, CT  06478

CHRISTINE SCIARRINO

4