Case 3:00-cv-02107-AVC   Document 23   Filed 03/08/2004   Page 1 of 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

00CV21070SC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Civil No. 3:00CV002107 (AVC) |
| VS. | : | |
| EROLL V. SKYERS, | : | |
| Defendant. | : | February 26, 2004 |

### GOVERNMENT'S APPLICATION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CIVIL CONTEMPT

The United States of America seeks an Order requiring defendant, Eroll V. Skyers, to show cause why he should not be held in civil contempt of this Court's September 29, 2003 Order for Installment Payments. In support of this Application, the United States represents the following:

1. On September 29, 2003, this Court entered its Order for Installment Payments, ordering the defendant to immediately commence regular monthly payments in the amount of $600.00 per month, due on the last Friday of each and every month toward satisfaction of his civil debt.

2. The defendant, Eroll V. Skyers, was present in Court when the Order for Installment Payments was issued. The Government also mailed a copy of the Order, via certified mail to Eroll V. Skyers on October 6, 2003.

March 8, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED 2004 MAR -8 P 3:58 U.S. DISTRICT COURT HARTFORD, CT.