UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 MAR -8 P 3: 50

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
|     Plaintiff, | : Civil No. 3:00CV002107 (AVC) |
| VS. | : |
| EROLL V. SKYERS, | : |
|     Defendant. | : |

ORDER TO SHOW CAUSE

The Court, having considered the plaintiff's Application for an Order to Show Cause Why Defendant Should Not be Held in Civil Contempt, and the declaration and arguments in support thereof, hereby GRANTS the plaintiff's Application, and IT IS HEREBY ORDERED that:

Defendant Eroll V. Skyers shall appear before this Court on March 22, 2004, 2004 at 1:00 p.m. and show cause why he should not be adjudged in civil contempt for failing to comply with the Court's September 29, 2003 Order for Installment Payments.

It is so ORDERED on this 8TH day of MARCH, 2004 at Hartford, Connecticut..

_____
ALFRED V. COVELLO
UNITED STATES DISTRICT JUDGE