UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Miscellaneous Civil Calendar

Honorable Alfred V. Covello, U. S. D. J.
450 Main Street, Hartford
Courtroom #1, Annex

**March 22, 2004**

**1:00 p.m.**

CASE NO. **3:00cv2107 (AVC) USA v. Eroll V. Skyers**

Civil Contempt Hearing

Christine Sciarrino
Office of the United States Attorney
157 Church Street
New Haven, CT 06510

Eroll V. Skyers
One Crozier Court
Oxford, CT 06478

PER ORDER OF THE COURT
KEVIN F. ROWE, CLERK

cc: US Marshals