1cfmhrg (January 10, 2002)

HONORABLE: Covello
DEPUTY CLERK: Walker    RPTR/ERO/TAPE: Lamoureux
TOTAL TIME: ___ hours 25 minutes

DATE: 3/22/04    START TIME: 1:00pm    END TIME: 1:25pm
LUNCH RECESS FROM ___ TO ___
RECESS FROM 1:07pm TO 1:20pm (if more than 1/2 hour)

USA
        vs.
Errol Skyers

CIVIL NO. 3:00CV2107 (AVC)

Christine Sciarrino
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

~~pro se~~
Defendants Counsel

Errol Skyers
  pro se

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrg.) Motion Hearing
☑ (conmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mishrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION
DOCUMENT NO.

☑ Δ committed to the BOP until such time as contempt (arrearage) is purged.

$1200.00 payable to DOJ

Hearing continued until ___ at ___