UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAY 23  A 10: 03

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | : | |
| v. | : | |
| Eroll V. Skyers, | : | COURT NO: 3:00CV02107 (AVC) |
| Defendant, | : | |
| and | : | |
| Clerk, U.S. District Court<br>U.S. District Court<br>450 Main St.<br>Hartford, CT 06103 | : | |
| Garnishee. | : | |

## EX PARTE APPLICATION FOR
## WRIT OF GARNISHMENT ON EARNINGS

The United States of America, plaintiff, makes an application in accordance with 28 U.S.C. § 3205 (b)(1) to the United States District Court to issue a Writ of Garnishment upon the Judgment entered against the Defendant in the above cited action in the amount of $70,843.16 and post-judgment interest at the rate of 4.47%, compounded annually.

Demand was made upon the judgment debtor not less than thirty (30) days prior to the filing of this Application. The underlying nature of this debt is a defaulted student loan. The judgment debtor has made payments totaling $9,713.40. The total balance due as of May 4, 2005 is $95,838.03.

The judgment debtor, Eroll V. Skyers's, last known address is 1 Crozier Court, Oxford, Connecticut 06478-2720 and the debtor's social security number is ███-██-6578.

June 1, 2005. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.