# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,              :

     Plaintiff,                              :          Docket No. 3:00CV2107 (AVC)

VS.                                                :

EROLL V. SKYERS,                              :

     Defendant.                             :          August 17, 2005

### GOVERNMENT'S SECOND MOTION TO FIND
### DEFENDANT IN CIVIL CONTEMPT OF INSTALLMENT PAYMENT ORDER

The United States of America hereby files this motion requesting that the Defendant, Eroll Skyers, be found in civil contempt of this Court's September 23, 2003 Order for Installment Payments. Based upon the reasons articulated in the accompanying memorandum, the United States respectfully requests that the Defendant, Eroll Skyers, be found in civil contempt of this Court's Order and that he be barred from appearing before this Court unless and until the Defendant fully complies with this Court's Installment Payment Order.

For the reasons articulated in the United States' supporting memorandum and in the interest of justice, the Government respectfully requests that this motion be granted.

Respectfully submitted,

Kevin J. O'Connor
United States Attorney


Christine Sciarrino
Assistant United States Attorney
P.O. Box 1824
New Haven, CT 06510
(203) 821-3780
Federal No. CT3393

<u>Certification</u>

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 17th day

of August, 2005 to:


Eroll V. Skyers
One Crozier Court
Oxford, CT 06478



_____
Christine Sciarrino