UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Docket No. 3:00CV002107 (AVC) |
| EROLL V. SKYERS, | : | |
| Defendant. | : | |

### ORDER FOR INSTALLMENT PAYMENTS

The parties having been heard and this matter having been fully considered, it is hereby ORDERED that in accordance with 28 U.S.C. Section 3204 the defendant, Eroll V. Skyers, Esq. shall immediately commence regular monthly payments in the amount of $ 600.00 per month, due by 12:00 p.m. on the last Friday of each month. The defendant, Eroll V. Skyers shall continue his installment payments in accordance with the terms set out in this Order until his debt to the United States of America has been paid in full. The defendant shall make all checks payable to the "Department of Justice" and mail them to the United States Attorney's Office, Attention Financial Litigation Unit, 157 Church Street, 23rd Floor, New Haven, Connecticut 06510.

In the event that the defendant fails to comply with the payment terms of this ORDER, the defendant, Eroll V. Skyers, may be subject to sanctions and/or held in contempt of this Court.

Either party may file a motion to modify this Order at any time, based upon the financial situation of the defendant in accordance with 28 U.S.C. Section 3204(b).

SO ORDERED on this 29th day of September, 2003, at Hartford, Connecticut.

_____
ALFRED V. COVELLO
UNITED STATES DISTRICT JUDGE

```
RUN DATE: 16-AUG-2005                          PAYMENT HISTORY REPORT                              Report: CZ_QRYG
                                                                                                   PAGE: 1 OF 2
                        DEBTOR: Skyers, Eroll V.
                        COURT NUMBER: 3:00CV02107              FOR: 2000Z00504/001
         CURRENT LIABILITY BALANCE: $95,821.37                                              PRIORITY CODE:
```

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0035 | PMNT | WA | 07-NOV-2001 | OT/Y | Eroll Skyers | CT /2/038 | 104 | | $13.40 | 07-NOV-2001 |
| 0040 | PMNT | WA | 08-APR-2002 | OT/Y | Skyer | CT /2/165 | 2929 | | $5,000.00 | 08-APR-2002 |
| 0056 | PMNT | WA | 04-NOV-2003 | CH/Y | Eroll V. Skyers | CT /04/022 | 0596463825 | | $600.00 | 04-NOV-2003 |
| 0057 | PMNT | WA | 10-DEC-2003 | CH/Y | eroll skyers | CT /04/046 | 0623665004 | | $600.00 | 10-DEC-2003 |
| 0064 | PMNT | WA | 23-MAR-2004 | CH/Y | SJH Associates | CT /04/123 | 1045 | | $1,200.00 | 23-MAR-2004 |
| 0065 | PMNT | WA | 21-APR-2004 | CH/Y | eroll v skyers | CT /04/147 | 0623863088 | | $500.00 | 21-APR-2004 |
| 0068 | PMNT | WA | 15-JUL-2004 | CH/Y | eroll skyers | CT /04/212 | 7756089 | | $600.00 | 15-JUL-2004 |
| 0073 | PMNT | WA | 01-OCT-2004 | CH/Y | Eroll Skyers | CT /05/001 | 7294046771 | | $600.00 | 01-OCT-2004 |
| 0074 | PMNT | WA | 22-DEC-2004 | DJ/J | Eroll V. Skyers | | 0053100426 | | $600.00 | 14-JAN-2005 |
| 0079 | PMNT | WA | 16-MAY-2005 | CH/Y | Eroll Skyers | CT /05/167 | 8017242333 | | $600.00 | 16-MAY-2005 |

Total Payments for Debtor: $10,313.40