UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,        : | |
|         Plaintiff,        : | Docket No. 3:00CV2107 (AVC) |
| VS.        : | |
| EROLL V. SKYERS,        : | |
|         Defendant.        : | September 7, 2005 |

### GOVERNMENT'S WITHDRAWAL OF SECOND MOTION TO FIND DEFENDANT IN CIVIL CONTEMPT OF INSTALLMENT PAYMENT ORDER

The Government, through undersigned counsel, hereby respectfully requests leave to withdraw its second motion for civil contempt, filed on August 19, 2005. In support of this motion, the Government asserts that on September 7, 2005, Defendant Skyers contacted Government counsel and advised that he would deliver to the Government on September 8, 2005 a payment in the amount of $7,750.00. Despite Defendant Skyers' payment history, undersigned counsel accepts Attorney Skyers' representation as an Officer of the Court. Assuming payment is made, it will constitute a substantial purging of his violation of this Court's Installment Payment Order, entered September 29, 2003. Attorney Skyers also represented to Government counsel that henceforth, he intends to make regular monthly payments in accordance with the Payment Order.

In light of Attorney Skyers' representations, and in the interest of justice, the Government hereby requests leave to withdraw its motion for contempt, without prejudice.

Respectfully submitted,

Kevin J. O'Connor
United States Attorney



Christine Sciarrino
Assistant United States Attorney
P.O. Box 1824
New Haven, CT 06510
(203) 821-3780/ Fax: (203) 773-5392
Federal No. CT3393
Email: Christine.Sciarrino@usdoj.gov

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 7th day of September, 2005, to:

Eroll V. Skyers
One Crozier Court
Oxford, CT 06478

_____
Christine Sciarrino