UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | Docket No. 3:00CV2107 (AVC) |
| VS. : | |
| EROLL V. SKYERS, : | |
| Defendant. : | March 27, 2006 |

GOVERNMENT'S MOTION TO FIND
DEFENDANT IN CIVIL CONTEMPT OF INSTALLMENT
PAYMENT ORDER AND REQUEST FOR HEARING THEREON

The United States of America hereby files this motion requesting that the Defendant, Eroll Skyers, be found in civil contempt of this Court's September 23, 2003 Order for Installment Payments. Based upon the reasons articulated in the accompanying memorandum, the United States respectfully requests that the Defendant, Eroll Skyers, be found in civil contempt of this Court's Order and that he be barred from appearing before this Court unless and until the Defendant fully complies with this Court's Installment Payment Order.

For the reasons articulated in the United States' supporting memorandum and in the interest of justice, the Government respectfully requests that a show cause hearing be scheduled forthwith. In the event that Defendant Skyers fails to show cause why he should not be held in contempt and/or fails to purge himself of his contempt, the Government requests that this motion be granted.

Respectfully submitted,

Kevin J. O'Connor
United States Attorney

Christine Sciarrino
Assistant United States Attorney
P.O. Box 1824
New Haven, CT 06510
(203) 821-3780/Fax: (203) 773-5392
Federal No. CT3393
Email: Christine.Sciarrino@usdoj.gov

## Certification

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 27th day of March, 2006 to:

Eroll V. Skyers
One Crozier Court
Oxford, CT 06478

Christine Sciarrino