UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2006 MAR 29  A 11: 35

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Docket No. 3:00CV2107 (AVC) |
| VS. | : | |
| EROLL V. SKYERS, | : | |
| Defendant. | : | March 27, 2006 |

### GOVERNMENT'S MOTION TO FIND DEFENDANT IN CIVIL CONTEMPT OF INSTALLMENT PAYMENT ORDER AND REQUEST FOR HEARING THEREON

The United States of America hereby files this motion requesting that the Defendant, Eroll Skyers, be found in civil contempt of this Court's September 23, 2003 Order for Installment Payments. Based upon the reasons articulated in the accompanying memorandum, the United States respectfully requests that the Defendant, Eroll Skyers, be found in civil contempt of this Court's Order and that he be barred from appearing before this Court unless and until the Defendant fully complies with this Court's Installment Payment Order.

For the reasons articulated in the United States' supporting memorandum and in the interest of justice, the Government respectfully requests that a show cause hearing be scheduled forthwith. In the event that Defendant Skyers fails to show cause why he should not be held in contempt and/or fails to purge himself of his contempt, the Government requests that this motion be granted.

*[Handwritten margin note:]* March 30, 2006. Granted to the extent that the defendant is hereby ordered to show cause at hearing to be held on April 25, 2006 at 2:00 pm, why he should not be held in contempt for failure to comply with the Court's installment payment order. SO ORDERED.

Alfred V. Covello U.S.D.J.

2006 MAR 30