UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Docket No. 3:00CV2107 (AVC) |
| VS. | : | |
| EROLL V. SKYERS, | : | |
| Defendant. | : | |

ORDER FOR HEARING ON GOVERNMENT'S
MOTION TO SHOW CAUSE WHY DEFENDANT
SHOULD NOT BE HELD IN CONTEMPT

The Government having filed its Motion to Find Defendant in Civil Contempt of Installment Payment Order and Request for Hearing Thereon, it is hereby:

ORDERED that the Defendant, Eroll V. Skyers appear before the District Court in Courtroom One, 450 Main Street., Hartford, Connecticut on the 25th day of April, 2006, at 2:00 o'clock in the afternoon, and then and there be examined concerning his compliance with this Court's Installment Payment Order, issued on September 23, 2003. The Court may make such orders at the hearing or thereafter that it determines to be reasonably calculated to ensure compliance with the Installment Payment Order.

It is further ORDERED that the Defendant, Eroll V. Skyers bring with him and produce at the hearing all documents pertaining to his financial situation from the date of his last payment, September 8, 2005, through the date of the hearing.

The Defendant, Eroll V. Skyers, is advised that failure to appear before the Court at the scheduled time and place and produce the aforementioned documents as ordered above, may subject the Defendant to being held in Contempt of Court and having a *Capias* issued for his arrest.

Dated this 6th day of April, 2006 at Hartford, Connecticut.

_____/s/_____
Alfred V. Covello
United States District Judge