## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff, | : | Docket No. 3:00CV2107 (AVC) |
| vs. | : | |
| Eroll V. Skyers, | : | |
| Defendant, | : | |
| and | : | |
| The Barrister Law Group | : | |
| 211 State Street | | |
| 2nd Floor | : | |
| Bridgeport, Connecticut 06604, | | |
| | : | |
| Garnishee. | | |

### WRIT OF GARNISHMENT

Through agreement of the parties and by Order of this Court at a hearing held before this

Court on April 25, 2006, it is hereby ORDERED that in accordance with 28 U.S.C. § 3205, the

Garnishee, The Barrister Law Group, is commanded to satisfy the judgment entered in this action

against the debtor, Eroll V. Skyers, by garnishing twenty-five percent (25%) of the debtor's

nonexempt disposable earnings, not to exceed $600.00 per month. The parties stipulate and

agree that the amount of the garnishment may be modified by mutual agreement, or upon motion

of either party, if approved by the Court.

The Garnishee is commanded that it must file any objection to this Writ of Garnishment

within ten (10) days of its receipt of this Writ, by filing a written objection with the United States

District Court, 450 Main Street, Hartford, Connecticut, 06103. Additionally, the Garnishee is

required to serve a copy of its objection upon the debtor and upon the United States Attorney's Office, Financial Litigation Unit, 157 Church Street, 23rd Floor, New Haven, Connecticut, 06510.

The Garnishee is further commanded to immediately withhold any compensation that may be subject to garnishment.

The Garnishee is further commanded to immediately commence garnishment by sending checks, made payable to "Department of Justice" and referencing the above docket number and debtor's name to: United States Attorney's Office, Financial Litigation Unit, 157 Church Street, 23rd Floor, New Haven, Connecticut, 06510.

If the Barrister Law Group fails to withhold nonexempt disposable earnings pursuant to the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001, et seq., the United States of America may petition the Court for an Order requiring the Barrister Law Group to appear before the Court. If the Barrister Law Group fails to appear, or does appear but fails to show good cause why it failed to comply with this Writ, the Court may enter a judgment against the Barrister Law Group for the value of the debtor's non exempt property.

Pursuant to 15 U.S.C. § 1674, the Garnishee is prohibited from discharging the debtor from employment by reason of the fact that the debtor's earnings are subject to garnishment for any one indebtedness.

It is unlawful to pay or deliver to the debtor any item attached by this Writ. If the Garnishee unlawfully disposes of any item attached by this Writ, or if it fails to withhold and disburse property to the Government as ordered by this Writ, judgment may be rendered against the Barrister Law Group for the full amount of the Government's claim against the debtor in this action.

The foregoing Writ of Garnishment is agreed and stipulated to by the parties without further notice.

April ____, 2006

_____
Eroll V. Skyers

May 2, 2006

_____
Christine Sciarrino
Assistant United States Attorney
157 Church Street
23rd Floor
New Haven, CT   06510
Tel: (203) 821-3780/Fax: (203) 773-5392
Federal No. CT3393
Email: Christine.Sciarrino@usdoj.gov

APPROVED AND SO ORDERED on this __4TH__ day of ____MAY____, 2006 at

Hartford, Connecticut.

_____
Alfred V. Covello
United States District Judge

The foregoing Writ of Garnishment is agreed and stipulated to by the parties without further notice.

MAY 2
April ____, 2006

_____
Eroll V. Skyers


April ____, 2006

_____
Christine Sciarrino
Assistant United States Attorney
157 Church Street
23rd Floor
New Haven, CT    06510
Tel: (203) 821-3780/Fax: (203) 773-5392
Federal No. CT3393
Email: Christine.Sciarrino@usdoj.gov


        APPROVED AND SO ORDERED on this _____ day of _____, 2006 at

Hartford, Connecticut.


_____
Alfred V. Covello
United States District Judge